UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ALLEN, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>CREDIT PROTECTION ASSOCIATION, L.P.,<br><br>                             Defendant. | Case No.: 19-cv-01606-H-LL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 35.] |

      On September 1, 2020, the parties filed a joint motion pursuant to Federal Rule of Civil Procedure 41 to dismiss the action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class. (Doc. No. 35.) The parties state that each party shall bear its own attorneys' fees and costs. (Id.)

      The Court, for good cause shown, grants the joint motion to dismiss. This action is dismissed with prejudice as to Plaintiff's claims and without prejudice as to the claims of the putative class. In addition, each party will bear its own attorneys' fees and costs. The Clerk is directed to close the case.

      **IT IS SO ORDERED.**

DATED: September 2, 2020

                                                    MARILYN L. HUFF, District Judge
                                                    UNITED STATES DISTRICT COURT